# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
CHARLOTTESVILLE, VA
FILED

11/19/2019
JULIA C. DUDLEY, CLERK
BY: /s/ H. Wheeler
DEPUTY CLERK

In the Matter of the Search of                              )
INFORMATION ASSOCIATED WITH EMAIL ADDRESSES   )
THEREVOLUTIONRENEGADE@GMAIL.COM;              )   Case No. 3:19mj00061
REVOLUTIONRENEGADEPHILLY@GMAIL.COM;           )
REVOLUTIONARYABOLITION.PHILLY@RISEUP.NET THAT )
IS STORED AT PREMISES CONTROLLED BY GOOGLE, LLC. )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See attachment A

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
   ☑ evidence of a crime;
   ☐ contraband, fruits of crime, or other items illegally possessed;
   ☑ property designed for use, intended for use, or used in committing a crime;
   ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2101 | Interstate travel or use of interstate facility to commit violence in furtherance of a riot |

The application is based on these facts:
See attached affidavit

   ☑ Continued on the attached sheet.
   ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:_____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ David Wolf
*Applicant's signature*

David Wolf
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___telephone___ *(specify reliable electronic means)*.

Date: 11/15/19

/s/ Joel C. Hoppe
*Judge's signature*

City and state: Charlottesville, VA

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*