Google

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:19mj00061 | Date and time warrant executed: November 20, 2019 @ 11:25am | Copy of warrant and inventory left with: Google |
| Inventory made in the presence of : N/A | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

On 12/5/2019, a return was received electronically through the Google Law Enforcement Portal. Warrant was submitted via the Google Law Enforcement Portal as well.

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

12/11/2019

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/10/2019

David Wolf
*Executing officer's signature*

SA David Wolf
*Printed name and title*

Received in chambers by reliable electronic means on December 10, 2019.

*[signature]*

USMJ