UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH IDENTIFIERS THEREVOLUTIONRENEGADE@GMAIL.COM; REVOLUTIONRENEGADEPHILLY@GMAIL.COM; REVOLUTIONARYABOLITION.PHILLY@RISEUP.NET; THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, LLC | 3:19-MJ-00061 |

ORDER EXTENDING NON-DISCLOSURE OF
SEARCH WARRANT PURSUANT TO 18 U.S.C. § 2705(b)

The United States has submitted a motion seeking an extension of a previous entered order, pursuant to 18 U.S.C. § 2705(b), commanding Google, LLC, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the search warrant) of the existence of the search warrant.

The original order was entered by this Court on November 19, 2019. The United States has moved this Court to extend the duration of such order for an additional period of six (6) months, subject to further orders of this Court, extending that period.

IT APPEARING that, prior notice of this order to any person of this investigation or this grand jury search warrant ("search warrant") and order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED, pursuant to 18 U.S.C. § 2705(b), that this Court's previously entered order precluding the above referenced electronic communication service provider and/or a

1

remote computing service from disclosing the existence of such search warrant is hereby extended for a period of six (6) months.

IT IS FURTHER ORDERED that the United States' original motion and Order, and the United States' motions for extensions and Order are sealed for a period of six (6) months from the date of entry of this order, subject to further orders of the Court, extending that period.

This 12th day of November 2020.

*[signature: Joel C. Hoppe]*

JOEL C. HOPPE
UNITED STATES MAGISTRATE JUDGE